UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESUS GONZALEZ-QUEZADA,

    Plaintiff(s),

v.

MICHAEL C. HAYDEN, et al.,

    Defendant(s).

NO. C09-57MJP

ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled Court, having received and reviewed:

1. Magistrate Judge's Report and Recommendation (Dkt. No. 3)

2. Plaintiff's Objections to the Report and Recommendation (Dkt. No. 8)

and all attached exhibits and declarations, makes the following ruling:

IT IS ORDERED that the Court ADOPTS the Report and Recommendation and orders that this action be DISMISSED without prejudice for failure to state a claim upon which relief may be granted under § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

**Discussion**

Plaintiff has named as Defendants a variety of judges, judicial officials and legal professionals in a sweeping complaint under 42 U.S.C. § 1983, claiming conspiracy, record tampering and failure to abide by the rule of law, all of which have allegedly prevented him from appealing his criminal conviction.

But the analysis of Plaintiff's claims by the Magistrate Judge lays out clearly that he has failed to allege the "extraordinary circumstances" which are required before a federal court will intervene in

**ORD ADOPTING
RPT & RECOMM - 1**

a pending state criminal proceeding. Furthermore, the state court defendants appear to be entitled to immunity from Plaintiff's claims. Finally, Plaintiff's unsupported conclusory allegations that his attorneys have engaged in"conspiracies" with state officials are insufficient to support a valid cause of action.

Plaintiff's Objections address none of the legal analyses contained in the Report and Recommendation and are really nothing more than a further recitation of the conclusory allegations already found to be inadequate. Until such time as Plaintiff is prepared to enumerate the "extraordinary circumstances" that would justify federal intervention in ongoing state criminal proceedings, address the immunity defenses raised by his claims against judicial officials, and provide factual support for his conspiracy allegations, this Court will not permit his matter to proceed.

**Conclusion**

Plaintiff's application to proceed *in forma pauperis* is DENIED and his complaint is ordered DISMISSED without prejudice, prior to service, for failure to state a claim under which relief may be granted under § 1915(e)(2)(B)(ii).

The clerk is directed to provide copies of this order to all counsel of record.

Dated: February 18, 2009

Marsha J. Pechman
U.S. District Judge