AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESUS GONZALEZ-QUEZADA,

      Plaintiff,

  v.

MICHAEL C. HAYDEN, et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C09-057-MJP

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    The Report and Recommendation is adopted and approved. Plaintiff's application to proceed in forma pauperis (Dkt. 1) is DENIED and this action is DISMISSED.

    Dated this __18th_ day of ____February_____, 2009.

                                                                  BRUCE RIFKIN
                                                                          Clerk

                                                ___/s Mary Duett_____
                                                Deputy Clerk